Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Adeline S. Arias

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| ADELINE S. ARIAS,<br><br>        Plaintiff,<br><br>  vs.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: ED 12-cv-00668 FMO<br><br>ORDER OF DISMISSAL |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE:     11/16/12

_____/s/_____
THE HONORABLE FERNANDO M. OLGUIN
UNITED STATES MAGISTRATE JUDGE

1 | DATE: October 20, 2012        Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING
/s/ *Steven G. Rosales*
BY:_____
Steven G. Rosales
Attorney for plaintiff Adeline S. Arias

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

-2-

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 12-CV-00668-DDP-FMO**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on October 20, 2012.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Steven G. Rosales*

_____
Steven G. Rosales
Attorneys for Plaintiff
_____