Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Adeline S. Arias

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ADELINE S. ARIAS, | ) Case No.: ED 12-cv-00668 FMO |
| Plaintiff, | ) ORDER OF DISMISSAL |
| vs. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE:    11/16/12

_____/s/_____
THE HONORABLE FERNANDO M. OLGUIN
UNITED STATES MAGISTRATE JUDGE

-1-

1  DATE: October 20, 2012         Respectfully submitted,

2                                 LAW OFFICES OF LAWRENCE D. ROHLFING
                                       /s/ *Steven G. Rosales*
3                              BY:_____
                                   Steven G. Rosales
4                                  Attorney for plaintiff Adeline S. Arias

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 12-CV-00668-DDP-FMO**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on October 20, 2012.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Steven G. Rosales*

_____
Steven G. Rosales
Attorneys for Plaintiff
_____